ORIGINAL

United States District Civil Court
Eastern District of New York at ...
225 Cadman Plaza, Brooklyn NY 11201



OCT 12 2010
PRO SE OFFICE

SASHA GEORGE (Pro-se Litigant)

Plaintiff

**AMON, J.**

ORIGINAL

v.

**BLOOM, M.J**

| | |
|---|---|
| New York City police Department | Case No.—(TBD) |
| New York City Police Officers John Does 1 – 10 | Civil Complaint, Suit in Equity |
| Defendants | 42 U.S.C. §1983 |




CV 10- 4889

JURY DEMAND

## INTRODUCTION

1. Now comes Plaintiff, Sasha George, Pro Se pursuant to 42 USC §1983, respectfully requesting this court to hear this action in equity for deprivation of rights priveleges and immunities secured by the Constitution and laws of the United States of America.

## JURISDICTION

2. This Court has jurisdiction over this matter brought under USC §1983 and the fourth and fourteenth Amendments to the Constitution of the United States of America.

3. This Court may also excercise supplemental jurisdiction over the Plaintiffs state law claims of fourteenth Amendment violations such as; arresting officers (John Does 1-10) failing to read her Miranda Rights, because these violations arise from the same facts and circumstances as set forth ab initio.

## CIVIL COMPLAINT

4. This is an action for damages sustained by a citizen of the United States of America against New York City Police Department and New York City Police Officers (John Does 1-10), who unlawfully arrested without due process of law, assaulted by use of excessive force using a police (k9) dog, all while ignoring the reasonableness standard set forth by the U.S. Constitution.

## PARTIES

5. Plaintiff is a resident of Brooklyn, NY and at all times relevant to the allegations of this complaint was and has been a citizen of the United States.

6. The action against the New York City Police Department as the supervisory body for employment of all defendants and over all responsible for the conduct of the officers involved and for failure to take corrective action with respect to police personnel whose vicious propensities were notoriously defic and to ensure proper training and supervision of officers. Also to implement meaningful procedures to discourage lawless official conduct against unarmed helpless citizens, even if they are criminal suspects.

7. The action against New York City Police Officers (John Does 1-10) as professionally trained officials entrusted with the care of citizens and employed to perform duties in the 5 boroughs of New York City. Also, defendants entrusted with the care of police dogs who failed to responsibly cease the purposeless attack of a vicious animal on an unarmed, restrained (emphasis) citizen and criminal suspect.

8. At all times relevant to this action, defendants et al, are Police Officers trained and employed by the New York City Police Department, to perform duties in the 5 buroughs and as far as my knowledge are still currently employed, are being sued under 42 USC §1983.

## FACTS CONSTITUTING CAUSE OF ACTION

9. On July 14th, 2010, at Autozone store in Brooklyn, NY the Plaintiff was involved in a robbery.

10. The Plaintiff, Sasha George, was in the presence of NYPD Officers, John Does 1-10 whom are all listed in this complaint.

11. The Plaintiff was spotted hiding on top of an A/C duct and was then forcefully pulled down from about 10 feet in the air by Officer John Doe 1.

12. Upon hitting the floor, the Plaintiff was then punched twice in the face by Officer John Doe 1. Bleeding started immediately.

13. The unarmed Plaintiff was then hit in the mouth with the handle of a gun by Officer John Doe 1. This immediately broke the Plaintiffs bottom tooth.

14. Police Officer John Doe 1. then cuffed the Plaintiffs left arm. The right arm of the Plaintiff was holding her injury.

15. Police Officer John Doe 2. then stepped on Plaintiffs

thigh putting all his weight on her causing bruising and adding more pain.

16. Police Officer John Doe 3. commanded Police Dog to attack Plaintiff even though she was already restrained and on the ground.

17. Police Dog began violently biting Plaintiffs right arm and tearing away at her flesh.

18. All Officers John Does 1-10 all witnessed this attack and failed to call off the animal even though the Plaintiff was already cuffed, restrained, injured and unarmed.

19. As a result of the misconduct described herein; Plaintif Sasha George, suffered emotional distress, humiliation, pain and suffering.

20. The Plaintiff was also physically injured severely as a result of this misconduct.

21. The Plaintiff suffered permanant scarring.

22. Despite knowledge of the practices involved, the New York City Police Department has taken no time to rectify the actions of these Officers which have caused the above mentioned suffering to the Plaintiff.

23. The Defendants et al. have a high fuciary responsibility to all citizens to act in accordance with the arresting reasonableness standard.

## FEDERAL THEORIES OF RECOVERY

24. As a consequence of the abuse of authority detailed here, Plaintiff sustained the damages alleged above.

25. The actions described above, engaged in under the color of the authority of New York State, including all defendants, deprived the Plaintiff of the rights secured to her by the Constitution of the United States, including but not limited to the Plaintiffs:

   a) Fourth Amendment right to be free from unlawful seizure of her person and unconstitutional use of excessive or deadly force. "The Supreme Court made this act explicit when it held that the inadequacy of Police training may serve as a basis for section §1983 liability where the failure to train amounts to deliberate rights of a person with whom the Police come in contact. (See City of Canton, Ohio vs. Hanes 489 U.S. 378, 109 S. Ct. 1197 103L Ed 2d. 412 (1989)
   b) Fourteenth Amendment right to be free from unjustified and excessive force utilized by Police.
   c) Eight Amendment right to be free from cruel and unusual punishment.

PRAYER

25.   Plaintiff demands the following relief:

   a) Compensatory and punitive damanges in the amount of at least, but not less than $800,000.00 (Eight Hundred Thousand United States Dollars)

   b) All other relief that is appropriate under these circumstances.

   c) Damages for pain and suffering in the amount of at least, but not less than $800,000.00 (Eight Hundred Thousand United States Dollars)


Dated:   October 6, 2010


Respectfully Submitted By:

Sasha George

*Sasha George*

Please send all correspondence to

Sasha George Reg # 78342-053
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232